UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-22074-CIV-ALTONAGA/O'SULLIVAN

**CARIBBEAN RESTAURANTS, LLC**,

    Plaintiff,

vs.

**BURGER KING CORPORATION**,

    Defendant.
_____/

### ORDER GRANTING JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL PURSUANT TO PARTIES' SETTLEMENT AGREEMENT

THIS CAUSE came before the Court upon the Joint Motion for Entry of Order of Dismissal Pursuant to the Parties' Settlement Agreement [ECF No. 92] (the "Joint Motion") and the Court having examined the file, and being advised that all parties agreed to the entry of this Order, it is

**ORDERED AND ADJUDGED** that the Joint Motion is hereby **GRANTED**. This case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), with the Court retaining jurisdiction to enforce the terms of the parties' Confidential Settlement Agreement, dated November 18, 2014 (the "Settlement Agreement"). The parties shall each bear their own fees and costs associated with this action pursuant to the terms of the parties' Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, on this 21st day of November, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**